UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARY M. JOHNSON,

Plaintiff,

v.

NISSAN MOTOR ACCEPTANCE CORPORATION, EQUIFAX CREDIT INFORMATION SERVICES, INC., and TRW CREDIT DATA, INC.,

Defendants.

CIVIL NO. 00-279 (DSD/JMM)

ORDER

The above matter came before the undersigned on April 13, 2000 upon the Motion of Plaintiff to Amend the Complaint [Docket No. 13]. Defendants have stipulated to the amendment. The determination shall be made upon the pleadings.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend the Complaint [Docket No. 13] is granted as follows:

1. Plaintiff shall cause the Amended Complaint to be filed with the Clerk of Court no later than May 12, 2000.

2. Plaintiff shall cause a copy of the Amended Complaint to be served upon Defendants no later than May 22, 2000.

3. In the absence of a formal motion by any party, the terms of the Scheduling Order shall govern all issues herein, and will not be affected by this Order.

Dated: May 9, 2000

JOHN M. MASON
United States Magistrate Judge

FILED MAY 09 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________