UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARY M. JOHNSON,

Plaintiff,

v.

NISSAN MOTOR ACCEPTANCE CORPORATION, EQUIFAX CREDIT INFORMATION SERVICES, INC., and TRW CREDIT DATA, INC.,

Defendants.

CIVIL NO. 00-279 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on June 26, 2000 upon the Motion of Plaintiff to Amend the Amended Complaint [Docket No. 22]. John Westrick, Esq. appeared for Plaintiff; Mark Vyvyan, Esq. appeared for Defendant Experian Information Solutions, Inc. The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Plaintiff's Motion to Amend the Amended Complaint [Docket No. 22] is granted as follows:

1. Plaintiff shall cause the Second Amended Complaint to be filed with the Clerk of Court no later than July 5, 2000.

2. Defendants will be deemed to have been served with the Second Amended Complaint, and to have denied the additional allegations, and will not be required to file a separate Answer.

3. In the absence of a formal motion by any party, the terms of the Scheduling Order shall govern all issues herein, and will not be affected by this Order.

Dated: June 26, 2000

JOHN M. MASON
United States Magistrate Judge

FILED JUN 26 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD__________
DEPUTY CLERK__________