UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARY M. JOHNSON and
BRET W. JOHNSON,

Plaintiffs,

v.

NISSAN MOTOR ACCEPTANCE CORPORATION, EQUIFAX CREDIT INFORMATION, EXPERIAN INFORMATION SOLUTIONS, INC., CSC CREDIT SERVICES, INC. and TRANS UNION,

Defendants.

CIVIL NO. 00-279 (DSD/JMM)

**AMENDED** PRETRIAL
SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

April 6, 2000 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

April 15, 2000 - All motions which seek to amend the pleadings or add parties must be served and filed.

Discovery/Nondispositive Motions

**January 1, 2001** - All non-expert discovery shall be commenced in time to be completed by this date.

Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and the full disclosures required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

Filed NOV - 7 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

**January 22, 2001 -** By Plaintiffs
**February 12, 2001 -** By Defendants

**March 1, 2001 -** All discovery of any kind shall be commenced in time to be completed by this date.

**March 5, 2001 -** All non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed. Nondispositive motions may be scheduled for hearing by calling Katherine Haagenson, Calendar Clerk to Magistrate Judge John M. Mason, (651) 848-1190. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2. A Reply Memorandum not exceeding five pages may be delivered to opposing counsel and the chambers of this Court no later than 9:00 a.m. on the business day preceding the hearing.

Dispositive Motions/Trial

April 1, 2001 - All dispositive motions shall be served and filed by the parties. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Connie Baker, (612) 664-5063. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

This case shall be ready for trial at the conclusion of discovery or upon resolution of any dispositive motion, and no later than June 1, 2001. The parties estimate that trial of this Jury matter will take 2 days.

General

No more than 5 depositions shall be taken by any party.

No more than 25 Interrogatories, 50 Document Requests and 25 Requests for Admissions (including all subparts) shall be served by any party.

Each party may depose no more than 2 experts.

Each party may call no more than 2 experts at trial.

Dated: November 6, 2000

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

This Scheduling Order applies to the consolidated case. At the time of issuance of this Order, some of the times specified in Scheduling Order in the case brought by Mary M. Johnson had expired. Some parties contend that no further discovery should be permitted as to issues in that case. Other parties contend that discovery was held in abeyance based upon informal discussions at the pretrial conference before the District Court in the case brought by Bret Johnson, and that there are practical considerations which warrant brief further discovery.

It is to be expected that the discovery sought by any party concerning the Mary Johnson case will not involve substantial burden, and may be completed promptly. However, this Scheduling Order is issued without prejudice to any objection to discovery in the Mary Johnson matter based upon the passage of time in the initial Scheduling Order. If such a dispute arises, it is likely to be resolved by the meet and confer process set forth in Local Rule 37.1. If agreement is not reached by that process, the Parties shall hold a telephone conference with the Court prior to submitting any formal Motions.

J.M.M.