**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARY M. JOHNSON and
BRET W. JOHNSON,

Plaintiffs,

v.

NISSAN MOTOR ACCEPTANCE CORPORATION, EQUIFAX CREDIT INFORMATION SERVICES, INC., EXPERIAN INFORMATION SOLUTIONS, INC., CSC CREDIT SERVICES, INC., and TRANS UNION LLC,

Defendants.

Civil File No. 00-279 DSD/JMM

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX CREDIT INFORMATION SERVICES, INC., AND CSC CREDIT SERVICES, INC.**

---

In accordance with Fed. R. Civ. P. 41(a)(1)(ii), pursuant to the agreement of the undersigned, plaintiffs Mary M. Johnson and Bret W. Johnson hereby voluntarily dismiss, with prejudice, defendants TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX CREDIT INFORMATION SERVICES, INC., and CSC CREDIT SERVICES, INC. from the above-captioned consolidated action.



26320401001347
FILED 1-3-01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: ~~November~~ December 12, 2000

WESTRICK & McDOWELL-NIX, P.L.L.P.

John G. Westrick, (#206581)
400 Minnesota Building
46 East Fourth Street
St. Paul, MN 55101
(651) 292-9603

Attorney for Plaintiffs
MARY M. JOHNSON
BRET W. JOHNSON

Dated: November ______, 2000

SHAPIRO PROFESSIONAL
ASSOCIATION

Susan D. Holappa (#172741)
SHAPIRO PROFESSIONAL ASSOCIATION
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, Minnesota 55416
(612) 542-1716

Monica L. Thompson
Daniel O. Halvorsen
PIPER MARBURY RUDNICK & WOLFE
203 N. LaSalle Street, Suite 1800
Chicago, IL 60601

Attorneys for Defendant
TRANS UNION LLC

Dated: November ______, 2000

WESTRICK & McDOWELL-NIX, P.L.L.P.

______________________________

John G. Westrick, (#206581)
400 Minnesota Building
46 East Fourth Street
St. Paul, MN 55101
(651) 292-9603

Attorney for Plaintiffs
MARY M. JOHNSON

Dated: ~~November~~ December 26, 2000

SHAPIRO PROFESSIONAL ASSOCIATION

______________________________

Susan D. Holappa (#172741)
1060 The Colonnade
5500 Wayzata Boulevard
Minneapolis, Minnesota 55416
(763) 542-1716

Monica L. Thompson
Daniel O. Halvorsen
PIPER MARBURY RUDNICK & WOLFE
203 N. LaSalle Street, Suite 1800
Chicago, IL 60601

Attorneys for Defendant
TRANS UNION LLC

Dated: ~~November~~ Dec. 13, 2000

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

Alan I. Silver
3550 Multifoods Tower
33 South Sixth Streeet
Minneapolis, MN 55402

Attorneys for Defendant
NISSAN MOTOR ACCEPTANCE CORP.

Dated: November 6, 2000

FAEGRE & BENSON

Charles F. Webber
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Attorneys for Defendant
CSC CREDIT SERVICES INC.

Dated: November ______, 2000

BASSFORD, LOCKHART, TRUESDELL
& BRIGGS, P.A.

______________________________

Alan I. Silver
3550 Multifoods Tower
33 South Sixth Streeet
Minneapolis, MN 55402

Attorneys for Defendant
NISSAN MOTOR ACCEPTANCE CORP.

Dated: November 6, 2000

FAEGRE & BENSON

______________________________

Charles F. Webber
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

Attorneys for Defendant
CSC CREDIT SERVICES INC.

Dated: ~~November~~ December 29, 2000

FREDRIKSON & BYRON, P.A.

Mark W. Vyvyan (#280070)
1100 International Centre
900 Second Avenue South
Minneapolis, MN 55402

JONES DAY REAVIS & POGUE
Marc S. Blackman
77 West Wacker
Suite 3500
Chicago, IL 60601

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

Dated: ~~November~~ December 29, 2000

KILPATRICK STOCKTON LLP

John J. Friedline
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309

MURNANE, CONLIN, WHITE
& BRANDT
Robert W. Murnane
1800 Piper Jaffray Plaza
444 Cedar Street
St. Paul, MN 55101

Attorneys for Defendant
EQUIFAX CREDIT INFORMATION
SERVICES, INC.

**ORDER**

Based on the above Stipulation for Dismissal filed herewith, this Court hereby orders that Plaintiffs' claims against Defendants Trans Union LLC, Experian Information Solutions, Inc., Equifax Credit Information Services, Inc., and CSC Credit Services, Inc. shall be, and herewith are, dismissed with prejudice.

Dated: 1/2/01

United States District Court