UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARY M. JOHNSON and
BRET W. JOHNSON,

Plaintiffs,

v.

NISSAN MOTOR
ACCEPTANCE CORPORATION,

Defendant.

CIVIL NO. 00-279 (DSD/JMM)

ORDER

The above matter is before the undersigned on Motion in the form of a Stipulation to Allow Amendment of Pretrial Order.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED Parties' Motion/Stipulation to Allow Amendment of Pretrial Order is denied.

Dated: April 4, 2001

JOHN M. MASON
United States Magistrate Judge

MEMORANDUM

The Parties seek to further amend the November 6, 2000 Amended Pretrial Scheduling Order to change dates as follows: extend the time for Dispositive Motions from April 1, 2001 to May 15, 2001; extend the trial date from June 1, 2001 to August 1, 2001. The Court does not find that good cause has been established for these changes. See Local Rule 16.3.

J.M.M.

APR 0 5 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK